IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY /// ___ D.C.

05 JUL 14 PM 12:25

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| UNITED STATES OF AMERICA | ) |
|---|---|
| Plaintiff, | ) |
| VS. | ) CR. NO. 04-20291-D |
| CARLOS WILLIAMS | ) |
| Defendant. | ) |

ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY AND **SETTING**

This cause was set for a Suppression Hearing on July 1, 2005 at 10:00 a.m. The defendant moved the Court for a continuance to allow for additional time to prepare.

The Court granted the motion and hereby resets the **Suppression Hearing to Wednesday, August 24, 2005 at 1:00 p.m. and a Trial date of Thursday, August 25, 2005 at 10:30 a.m.**, in Courtroom 3, 9th Floor of the Federal Building, Memphis, TN.

The period from August 12, 2005 through September 16, 2005 is excludable under 18 U.S.C. § 3161(h)(1)(F) because the ends of justice served in allowing for disposition of the pending motion outweigh the need for a speedy trial.

IT IS SO ORDERED this _14_ day of July, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 46 in case 2:04-CR-20291 was distributed by fax, mail, or direct printing on July 15, 2005 to the parties listed.

---

Leonard E. Lucas
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Cynthia A. Pensoneau
SHEA MOSKOVITZ, PLC
530 Oak Court Dr.
Ste. 350
Memphis, TN 38117

Honorable Bernice Donald
US DISTRICT COURT