IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 24 AM 6: 58

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | No. 04-20291-D |
| CARLOS WILLIAMS, ) | |
| Defendant. ) | |

### ORDER OF CONTINUANCE

IT IS HEREBY ORDERED that the hearing on Defendant's Motion to Suppress currently set for August 24, 2005 at 1:00 p.m. is hereby continued and reset to **FRIDAY, October 14**, 2005 at **2:00 p.m.**

Done at Memphis, Tennessee this **18th** day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-25-05

48

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 48 in case 2:04-CR-20291 was distributed by fax, mail, or direct printing on August 25, 2005 to the parties listed.

---

Leonard E. Lucas
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Cynthia A. Pensoneau
SHEA MOSKOVITZ, PLC
530 Oak Court Dr.
Ste. 350
Memphis, TN 38117

Honorable Bernice Donald
US DISTRICT COURT