IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 OCT 17 PM 2:56
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| vs. | * | No. 04-20291-D |
| CARLOS WILLIAMS, | * | |
| Defendant. | * | |

## ORDER DENYING MOTION TO SUPPRESS

It is hereby ORDERED that the Defendant's Motion to Suppress in the above-entitled and numbered criminal case is hereby DENIED. The findings of the Court were made on the record during the hearing on this Motion on October 14, 2005.

DONE at Memphis, Tennessee, this 14th day of October, 2005.

_____
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 10-18-05





# Notice of Distribution

This notice confirms a copy of the document docketed as number 52 in case 2:04-CR-20291 was distributed by fax, mail, or direct printing on October 18, 2005 to the parties listed.

Leonard E. Lucas
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Cynthia A. Pensoneau
SHEA MOSKOVITZ, PLC
530 Oak Court Dr.
Ste. 350
Memphis, TN 38117

Larry E. Copeland
242 Poplar Avenue
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT